Lloyd Eyer, Plaintiff-Appellant, v. W. B. Read and Howard Read, Trading as W. B. Read and Company, Defendants-Appellees.

Gen. No. 9,782.

Stone, Stone & Hess, for appellant; Costigan, Wollrab & Yoder, for appellees. Opinion by PRESIDING JUSTICE O'CONNOR. **Not to be published in full.** Opinion

293

filed November 6, 1951; rehearing denied January 18, 1952; released for publication January 18, 1952.